Soheyl Tahsildoost (Bar No. 271294)
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Ste. 270
Lawndale, CA 90260
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendant Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAKOFSKY,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, DAIMLER AKTIENGESELLSCHAFT, MERCEDES-BENZ OF MONTEREY, a California Corporation; WIENIK BLEYENBERG; DEVON THOMPSON; and DOES 1 TO 10,<br><br>    Defendants. | Case No.: 7:22-cv-4427<br>[Monterey County Superior Court Case No. 22CV000577]<br><br>**MERCEDES-BENZ USA, LLC S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441 & 1446; DECLARATION OF SOHEYL TAHSILDOOST**<br><br>Complaint Filed:    March 2, 2022 |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Mercedes-Benz USA, LLC ("MBUSA") by its undersigned attorneys, hereby remove the above-captioned civil action, and all claims and causes of action therein, from the Superior Court of California, County of Monterey, to the United States District Court for the Northern District of California. Defendant MBUSA states as follows:

**Jurisdiction and Authority for Removal**

1)    On March 2, 2022, an action was commenced by Plaintiff Joseph Rakofsky ("Plaintiff") against Defendants in the Superior Court of the State of California for the County of Monterey, entitled *Joseph Rakofsky v. Mercedes-Benz USA, LLC, et. al* ("State Court Case"), Case No. 22CV000577. The summons and complaint were served on

1

**MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1442 & 1446; DECLARATION OF SOHEYL TAHSILDOOST**

Defendant MBUSA on June 29, 2022. This removal is therefore timely under 28 U.S.C. §1446(b).

2) Attached hereto as **Exhibit A** are all the documents served on the removing Defendant MBUSA in the State Court Case, including a copy of the conformed State Court Case complaint. (Exhibit A to Soheyl Decl.)

3) The Northern District of California encompasses Monterey County. Venue is appropriate based on the fact that this action was filed in Monterey County and based on the allegations in the Complaint in the State Court Case.

4) This Court has complete diversity jurisdiction over this action. For diversity purposes, a natural person is a "citizen" of the state which he or she is domiciled. (*Kantor v. Wellesley Galleries, Ltd.,* 704 F.2d 1088, 20 1090 (9th Cir. 1983).) A natural person's domicile is the place he or she resides with the intention to remain or to which he or she intends to return. (*Kanter v. Warner-Lambert Co.,* 265 F.3d. 853, 857 (9th Cir. 2001).)

5) Plaintiff, at the time this action was commenced, is and still is a citizen of the State of Florida. (Exhibit A – Plaintiff's Complaint, ¶1.)

6) Defendant MBUSA, at the time this action was commenced, was and still is a limited liability company. The citizenship of a limited liability company for diversity purposes is determined by examining the citizenship of each member of the company. (*Johnson v. Columbia Properties. Anchorage, LP,* 437 F.3d 894, 899-900 (9th Cir. 2006); *Rolling Greens MHP, L.P. v. Comcast SCH Holdings,* LLC, 374 F.3d 1020, 1021-22 (11th Cir. 2004).) A member of a limited liability company is a person who has been admitted to a limited liability company as a member. (*See* Cal. Corp. Code,§ 17701.02(p); 6 Del. Code,§ 18-101(11).)

7) Defendant Daimler Atiengesellschaft, at the time this action was commenced, was still and still is a citizen of Germany. (Exhibit A – Plaintiff's Complaint, ¶3.)

8) Defendant Mercedes-Benz of Monterey, at the time this action was commenced, is a California Corporation and is a citizen of California. The citizenship of a corporation

2

**MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1442 & 1446; DECLARATION OF SOHEYL TAHSILDOOST**

for diversity purposes is determined by "(1) the state where its principal place of business is located, and (2) the state in which its located." *Johnson v. Columbia Properties Anchorage,* LP (9th Cir. 2006) 437 F.3d 894, 899.

9) Defendant Wienik Bleyenberg, at the time this action was commenced, is and still is a citizen of the State of California. (Exhibit A – Plaintiff's Complaint, ¶5.)

10) Defendant Devon Thompson, at the time this action was commenced, is and still is a citizen of the State of California. (Exhibit A – Plaintiff's Complaint, ¶6.)

11) Complete diversity therefore existed as of the time the action was commenced in state Court and exists at the time of removal. There are no other named defendants that can defeat diversity. "Doe" defendants may be ignored for removal purposes. (*See Salveson v. Western State Bank Card Assn.,* 731 F.2d 1423 (9th Cir. 1984).)

12) Plaintiff is alleging claims for Unjust Enrichment, Unlawful, Deceptive and Unfair Business Practices Business and Professional Code 17200 & 17500 and the Consumer Legal Remedies Act, Breach of Contract, Breach of Warranties, Negligent Misrepresentation, Declaratory and Injunctive Relief, and Fraud. (*See* Exhibit A; Complaint.) Plaintiff alleges that Plaintiff brought the subject vehicle, a 2011 Mercedes-Benz ML350, to the Mercedes-Benz of Monterey dealership for repair. (Exhibit A to Tahsildoost Decl., Complaint ¶ 12.)

13) Per Plaintiff's Complaint, Plaintiff is seeking judgment against Defendants in the amount of $64,604.79. (See Exhibit A to Tahsildoost Decl., Complaint, Prayer for Relief, Lns. 15-17.)

14) Plaintiff is also seeking pre-judgment interest, attorney's fees, punitive damages, and costs incurred in bringing the action. (See Exhibit A to Tahsildoost Decl., Complaint, Prayer for Relief, Lns. 18-21.)

15) Punitive damages, in addition to general and special damages and attorneys' fees, are included when determining the amount in controversy. *See Conrad Associa7tes v. Hartford Acc. & Indem. Co.* (N.D. Cal. 1998) 994 F.Supp. 1196, 1198; *Richmond v.*

3

**MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1442 & 1446; DECLARATION OF SOHEYL TAHSILDOOST**

*Allstate Ins. Co.,* 897 F.Supp. 447 (S.D.Cal.1995); *Miller v. Michigan Millers Ins. Co.,* 1997 WL 136242 (N.D.Cal.1997). *Any* award of punitive damages alone would raise the amount in controversy for $75,000, notwithstanding any award of special and general damages and attorney's fees. As such, the amount in controversy for $75,000 is met.

**Notice to Plaintiff and the Superior Court of Removal of the Civil Action**

16) Defendant MBUSA will promptly serve a copy of this Notice of Removal on counsel for Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court of California for the County of Monterey pursuant to 28 U.S.C. § 1446(d).

Dated: July 29, 2022          THETA LAW FIRM, LLP

_____
SOHEYL TAHSILDOOST
Attorneys for Defendant Mercedes-Benz USA, LLC

4

**MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1442 & 1446; DECLARATION OF SOHEYL TAHSILDOOST**

**DECLARATION OF SOHEYL TAHSILDOOST**

I, Soheyl Tahsildoost, declare as follows:

1. I am a partner in the law firm of Theta Law Firm, LLP, attorneys of record for Defendant Mercedes-Benz USA, LLC ("MBUSA"). This declaration is offered in support of MBUSA's Notice of Removal to the United States District Court for the Northern District of California under 28 U.S.C. § 1332, 1441 and 1446. If called as a witness, I could and would competently testify under oath to the following facts of which I have personal knowledge.

2. Defendant MBUSA was served with Plaintiff's Summons and Complaint on June 29, 2022. A true and correct copy of all the documents served on Defendant MBUSA in this action are attached hereto as **Exhibit A**, which includes the Summons and Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 29, 2022 at Lawndale, California.

_____
SOHEYL TAHSILDOOST

**MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1442 & 1446;
DECLARATION OF SOHEYL TAHSILDOOST**

# PROOF OF SERVICE
## (FRCP 4(l); Code Civ. Proc., § 1013a(3) Revised 5-1-88)

I am over the age of 18, not a party to this action, and employed in the county where this mailing occurred. My business address is 15901 Hawthorne Blvd., Suite 270, Lawndale, CA 90260. On **July 29, 2022**, I served the following documents described as **MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441 & 1446; DECLARATION OF SOHEYL TAHSILDOOST,** on interested parties in this action by placing original/true copies thereof in sealed envelopes addressed as follows:

| |
|---|
| J.D. Cuzzolina, Esq., <br> The Law Office of J.D Cuzzolina Esq., <br> 5753G Santa Ana Canyon Road #297; <br> Tel:714.610.9681 <br> INFO@CUZZLAW.COM <br> JD@CUZZLAW.COM |

☐ **BY MAIL:** I deposited such envelope in the mail at Lawndale, California. The envelope was mailed with proper postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Said mailing is deposited with the United States Postal Service on that same day in the ordinary course of business and there is delivery service by United States mail at the place so addressed. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the individual(s) listed on the above service list.

☒ **BY ELECTRONIC TRANSMISSION:** I caused to be electronically transmitted such document referenced above to the individual(s) listed on the above service list.

☐ **BY FACSIMILE TRANSMISSION:** I transmitted the facsimile to the individual(s) listed on the above service list at the facsimile number listed thereon. The telephone number on the facsimile machine I used is (424) 286-2244. The facsimile machine I used complied with Rule 2.306 and no error was reported by the machine. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person at the above-address. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **July 29, 2022** at Lawndale, California.

_____
Alicia Walker

**MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1442 & 1446; DECLARATION OF SOHEYL TAHSILDOOST**