UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAKOFSKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC, and others,<br><br>　　　　Defendants. | Case No. 22-cv-04427-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED**<br><br>Re: ECF 1 |

On July 29, 2022, Defendant Mercedes-Benz USA, LLC (MBUSA) removed this case from Monterey County Superior Court. ECF 1. It its removal notice, MBUSA alleges that removal is proper under diversity jurisdiction. *Id.* ¶ 4. In its analysis, MBUSA recounts the proper citizenship test for LLCs but fails to identify its members and their citizenships. *See id.* ¶ 6. Similarly, MBUSA properly cites the citizenship test for corporations but fails to identify the state of incorporation[1] and principal place of business of Defendant Mercedes-Benz of Monterey. *See id.* ¶ 8.

Accordingly, the Court ORDERS MBUSA to show cause in writing why this case should not be remanded by **August 8, 2022**. The Court also reminds all parties to consent or decline magistrate judge jurisdiction under 28 U.S.C. § 636(c) by **August 15, 2022**.

---

[1] MBUSA misquotes this element as "the state in which its located." ECF 1 ¶ 8. It should be "the state in which it is *incorporated*." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (emphasis added).

**IT IS SO ORDERED.**

Dated:  August 1, 2022  _____
NATHANAEL M. COUSINS
United States Magistrate Judge