UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSEPH RAKOFSKY,

    Plaintiff,

v.

MERCEDES-BENZ USA, LLC, et al.,

    Defendants.

Case No. 22-cv-04427-EJD

**ORDER TO SHOW CAUSE**

On July 29, 2022, Defendant Mercedes-Benz USA, LLC ("MBUSA") removed this case from Monterey County Superior Court. ECF 1. On August 2, 2022, the parties were ordered to show cause why the case should not be remanded. ECF No. 7 ("OSC"). Defendant Mercedes-Benz USA, LLC ("MBUSA") responded to the OSC on August 8, 2022. ECF No. 10.

MBUSA represented that Defendants Wienik Bleyenberg and Devon Thompson, at the time this action was commenced, were both citizens of the State of California. *See* ECF No. 1 at 3; ECF No. 10 at 3. Accordingly, it appears removal was not proper under 28 U.S.C. § 1441(b)(2).

Additionally, it is not apparent that the amount in controversy exceeds $75,000 as required under 28 U.S.C. § 1332. *See Conrad Assocs. v. Hartford Acc. & Indem. Co.*, 994 F. Supp. 1196, 1198 (N.D. Cal. 1998) ("A speculative argument regarding the potential value of the award is insufficient" to establish the amount in controversy).

Case No.: 22-cv-04427-EJD
ORDER TO SHOW CAUSE

1   THE COURT hereby ORDERS MBUSA to show cause by March 21, 2024, why this case
2 should not be remanded in light of the above. MBUSA is permitted to submit a five-page
3 response.
4   **IT IS SO ORDERED.**

6 Dated: March 15, 2024

EDWARD J. DAVILA
United States District Judge