J.D. CUZZOLINA, ESQ.  SBN 308818
THE LAW OFFICE OF J.D. CUZZOLINA, ESQ.
5753G SANTA ANA CANYON RD#297
ANAHEIM HILLS, CA 92807
TEL: (714) 610-9681
INFO@CUZZLAW.COM

Attorneys for Plaintiff, JOSEPH RAKOFSKY



DENIED
Judge Edward J. Davila
May 29, 2024

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAKOFSKY,<br><br>                     Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, DAIMLER AKTIENGESELLSCHAFT, MERCEDES-BENZ OF MONTEREY, a California Corporation; WIENIK BLEYENBERG; DEVON THOMPSON; and DOES 1 TO 10,<br><br>                     Defendant(s). | Case No.: 5:22-cv-04427-EJD<br><br>**PLAINTIFF JOSEPH RAKOFSKY'S ADMINISTRATIVE REQUEST TO APPEAR REMOTELY**<br><br>Judge: Honorable Edward J. Davila<br>Hearing Date: June 6, 2024<br>Hearing Time: 9:00 AM |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** Plaintiff JOSEPH RAKOFSKY ("Rakofsky"), by and through undersigned counsel, hereby submits the following administrative request to appear remotely at the motion hearing for Defendants' Motions to

Dismiss and for Judgment on the Pleadings set for June 6, 2023 at 9:00 a.m. before the Honorable Edward J. Davila in Courtroom 4. Rakofsky's Counsel, J.D. Cuzzolina is located in Orange County, California. As such, a remote appearance would be more economical.

                                                Respectfully submitted,
                                                The Law Office Of J.D. Cuzzolina, Esq.

Dated: May 23, 2024                     By: /s/ J.D. Cuzzolina
                                                J.D. Cuzzolina, Esq.
                                                Attorneys For Plaintiff, Joseph Rakofsky

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I filed the foregoing document entitled **PLAINTIFF JOSEPH RAKOFSKY'S ADMINISTRATIVE REQUEST TO APPEAR REMOTELY** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

Dated: May 23, 2024                     By: /s/ J.D. Cuzzolina
                                                J.D. Cuzzolina, Esq.