UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSEPH RAKOFSKY,

        Plaintiff,

  v.

MERCEDES-BENZ USA, LLC, et al.,

        Defendants.

Case No.   22-cv-04427-EJD

**ORDER TO SHOW CAUSE**

Plaintiff initiated this lawsuit on March 2, 2022, in the Monterey County Superior Court. Defendant Mercedes-Benz USA, LLC removed the case to this Court on July 29, 2022. ECF No. 1.  Plaintiff has failed to file a Proof of Service of Defendant Daimler Aktiengesellschaft. By January 28, 2025, Plaintiff is ORDERED TO SHOW CAUSE in writing why the Court should not dismiss this action against Defendant Daimler Aktiengesellschaft for failure to timely effectuate service.  *See* Fed. R. Civ. P. 4(m).  Plaintiff is permitted to submit a five-page response.

**IT IS SO ORDERED.**

Dated: January 21, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 22-cv-04427-EJD
ORDER TO SHOW CAUSE

1