UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH RAKOFSKY,<br><br>    Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, et al.,<br><br>    Defendants. | Case No.  22-cv-04427-EJD<br><br>**ORDER DISMISSING ACTION** |

On January 21, 2025, the Court ordered Plaintiff to show cause in writing by January 28, 2025, why the Court should not dismiss this action against Defendant Daimler Aktiengesellschaft for failure to timely effectuate service.  *See* Fed. R. Civ. P. 4(m); ECF No. 61.  Having received no response, the Court hereby DISMISSES this action against Defendant Daimler Aktiengesellschaft without prejudice.

On January 21, 2025, the Court granted the remaining Defendants' motions to dismiss. *See* ECF No. 60.  Accordingly, all claims against all Defendants have been dismissed.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 6, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 22-cv-04427-EJD
ORDER DISMISSING ACTION

1